1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3
4
5

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 3:19-md-02913-WHO

**Honorable William H. Orrick**

6

This Document Relates to:

**JURY TRIAL DEMANDED**

7

Spencer Yarber

8
9

**SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL**
**(PERSONAL INJURY)**

10
11
12
13

The Plaintiff(s) named below file(s) this *Short-Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Consolidated Master Complaint (Personal Injury),* in *In re Juul Labs, Inc., Marketing, Sales Practices, and Products Lability Litigation,* MDL No. 2913 in the United States District Court for the Northern District of California. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order No. 7 of this Court.

14
15

Plaintiff(s) select and indicate by checking-off where requested, the Parties and Causes of Actions specific to this case.[1]

16

Plaintiff, by and through their undersigned counsel, allege as follows:

17

**I.    DESIGNATED FORUM**[2]

18
19

1.    Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

20

United States District Court for the Western District of Virginia – Abington Division

21

("Transferee District Court").

22
23
24

---

25
26

[1] If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph 10, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (*see* paragraph 11). In doing so you may attach additional pages to this *Short-Form Complaint*.

27
28

[2] *See* Case Management Order No. 3, at II(C) (ECF No. 309).

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

## II.   IDENTIFICATION OF PARTIES

### A.   PLAINTIFF(S)

2. *Injured Plaintiff(s):* Name of the individual injured due to use of JUUL products:

   Spencer Yarber

   ("Plaintiff").

3. At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at:

   Bristol, Virginia

4. *Consortium Plaintiff:* Name of the individual(s) that allege damages for loss of consortium:

   ("Consortium Plaintiff").

5. *Survival and/or Wrongful Death Claims*:

   (a)   Name and residence of Decedent Plaintiff when he/or she suffered a JUUL related death:

   (b)   Plaintiff/Decedent died on:

   (c)   Plaintiff is filing this case in a representative capacity as the _____ of the_____] having been duly appointed as such by the Court of _____.

### B.   DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants in this action:

   ☒ JUUL LABS, INC., previously d/b/a as PAX LABS, INC. and PLOOM INC.;[3]

   ☒ ALTRIA GROUP, INC.;[4]

---

[3] Delaware corporation, with its principal place of business in San Francisco, California.

[4] Virginia corporation, with its principal place of business in Richmond, Virginia.

- 2 -

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

1           ☒ PHILIP MORRIS USA, INC.;[5]

2           ☒ ALTRIA CLIENT SERVICES LLC;[6]

3           ☒ ALTRIA GROUP DISTRIBUTION COMPANY;[7]

4           ☒ ALTRIA ENTERPRISES LLC;[8]

5 **THE MANGEMENT DEFENDANTS**

6           ☒ JAMES MONSEES;[9]

7           ☒ ADAM BOWEN;[10]

8           ☒ NICHOLAS PRITZKER;[11]

9           ☒ HOYOUNG HUH;[12]

10           ☒ RIAZ VALANI;[13]

11 **THE E-LIQUID MANUFACTURING DEFENDANTS**

12           ☒ MOTHER MURPHY'S LABS, INC.;[14]

13           ☒ ALTERNATIVE INGREDIENTS, INC.;[15]

14           ☒ TOBACCO TECHNOLOGY, INC.;[16]

15

16

17

18

---

[5] Virginia corporation with its principal place of business in Richmond, Virginia.

[6] Virginia limited liability company with its principal place of business in Richmond, Virginia.

[7] Virginia corporation with its principal place of business in Richmond, Virginia.

[8] Virginia limited liability company with its principal place of business in Richmond, Virginia.

[9] A resident of California.

[10] A resident of California.

[11] A resident of California.

[12] A resident of California.

[13] A resident of California.

[14] North Carolina corporation, with a principal place of business in North Carolina.

[15] North Carolina corporation, with a principal place of business in North Carolina.

[16] Maryland corporation, with a principal place of business in Maryland.

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

1    ☒ eLIQUITECH, INC.;[17]

2    **THE DISTRIBUTOR DEFENDANTS**

3    ☒ MCLANE COMPANY, INC.;[18]

4    ☒ EBY-BROWN COMPANY, LLC;[19]

5    ☒ CORE-MARK HOLDING COMPANY, INC.;[20]

6

7    **THE RETAILER DEFENDANTS**

8    ☐ CHEVRON CORPORATION;[21]

9    ☐ CIRCLE K STORES INC.;[22]

10   ☐ SPEEDWAY LLC;[23]

11   ☐ 7-ELEVEN, INC.;[24]

12   ☒ WALMART;[25]

13   ☐ WALGREENS BOOTS ALLIANCE, INC.[26]

14

15   **C.    PRODUCT USE**

16   7.    Plaintiff used JUUL during the time period from September 2017 to December 2020
       and that use caused and/or substantially contributed to his injuries.

17

18

19

20   [17] Maryland corporation, with a principal place of business in Maryland.

21   [18] Texas corporation with a principal place of business in Texas.

22   [19] Delaware limited liability company with a principal place of business in Illinois.

23   [20] Delaware corporation. From 2015-2018, principal place of business California; as of 2019, principal place of business Texas.

24   [21] Delaware corporation with a principal place of business in California.

25   [22] Texas corporation with a principal place of business in Arizona.

     [23] Delaware corporation with a principal place of business in Ohio.

26   [24] Texas corporation with a principal place of business in Texas.

27   [25] Delaware corporation with a principal place of business in Arkansas.

28   [26] Delaware corporation with a principal place of business in Illinois.

- 4 -

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

**D.**     **PHYSICAL INJURY**[27]

9.     The Plaintiff experienced the following physical conditions, injuries or illnesses alleged to have been caused and/or contributed to as a substantial factor by JUUL:

☒  ADDICTION

☐  NICOTINE POISIONING

☒ BEHAVIORAL ISSUES/MENTAL HEALTH:

☐     ANGER/OUTBURSTS
☒     MOOD SWINGS
☒     IRRITABILITY
☐     SUICIDAL THOUGHTS
☐     SUICIDAL ATTEMPTS
☐     DEATH BY SUICIDE
☐     OTHER (specify): _____

☐ COGNITIVE ISSUES:

☐     ATTENTION DEFICIT DISORDER
☐     LEARNING IMPAIRMENTS
☐     LACK OF CONCENTRATION
☐     TROUBLE SLEEPING
☐     OTHER:_____

☐ CARDIOVASCULAR:

☐     HEART ATTACK
☐     OTHER CARDIOVASCULAR
        DIAGNOSIS_____

---

[27] Plaintiff(s) must check-off all physical injuries allegedly caused by Plaintiff's use of JUUL. Plaintiff is not required to plead here emotional or psychological injuries, or all manifestations of the physical injury alleged which will be inquired into as part of the Plaintiff's Fact Sheet ("PFS"). This *Short-Form Complaint* assumes that emotional and psychological damages dare asserted by the Plaintiff.

- 5 -

☐ NEUROLOGIC:

    ☐ SEIZURES

    ☐ STROKE

☒ RESPIRATORY/LUNG:

    ☐ ACUTE EOSINOPHILIC PNEUMONIA/PULMONARY EOSINOPHILIA

    ☐ ACUTE INTERSTITIAL PNEUMONITIS OR ACUTE PNEUMONIA

    ☐ ACUTE RESPIRATORY DISTRESS SYNDROME (ARDS)

    ☐ ASTHMA

    ☐ BRONCHITIS

    ☒ CHRONIC LUNG PROBLEMS

    ☐ CHRONIC OBSTRUCTIVE PULMONARY DISEASE (COPD)

    ☐ E-CIGARETTE, OR VAPING, PRODUCT USE ASSOCIATED LUNG INJURY (EVALI)

    ☐ ESPHYSEMA

    ☐ LIPOID PNEUMONIA

    ☐ LUNG TRANSPLANT

    ☐ OTHER SPECIFIED INTERSTITIAL PULMONARY DISEASE

    ☐ PNEUMONIA (any type): _____

    ☐ POPCORN LUNG/BRONCHIOLITIS OBLITERANS

☐ DEATH

☐ OTHER PERSONAL INJURIES (specify): _____

_____

10.    The physical conditions, injuries or illnesses alleged in paragraph 8 occurred on or about: December 2018.

## V.    CAUSES OF ACTION ASSERTED

11.    The following Causes of Action asserted in the *Plaintiffs' Consolidated Master Complaint (Personal Injury),* and the allegations with regard thereto in the *Plaintiffs' Consolidated Master Complaint (Personal Injury),* are adopted in this *Short Form Complaint* by reference:

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

| Check if Applicable | Cause of Action Number | Cause of Action |
|---|---|---|
| ☒ | I | STRICT LIABILITY - DESIGN DEFECT |
| ☒ | II | STRICT LIABILITY - FAILURE TO WARN |
| ☒ | III | STRICT LIABILITY - MANUFACTURING DEFECT |
| ☒ | IV | PRODUCTS LIABILITY - NEGLIGENT DESIGN |
| ☒ | V | PRODUCTS LIABIITY –NEGLIGENT FAILURE TO WARN |
| ☒ | VI | PRODUCTS LIAIBILITY – NEGLIGENT MANUFACTURING |
| ☒ | VII | NEGLIGENCE AND/OR GROSS NEGLIGENCE |
| ☒ | VIII | NEGLIGENT FAILURE TO RECALL/ RETROFIT |
| ☒ | IX | NEGLIGENT MISREPRESENTATION |
| ☒ | X | FRAUD |
| ☒ | XI | FRAUDULENT CONCEALMENT |
| ☒ | XII | CONSPIRACY TO COMMIT FRAUD |
| ☒ | XIII | UNJUST ENRICHMENT |
| ☒ | XIV | VIOLATION OF UNFAIR TRADE PRACTICES/CONSUMER PROTECTION LAW: Virginia Consumer Protection Act (Va. Code Ann. §§ 59.1-196 et seq.) |
| ☒ | XV | BREACH OF EXPRESS WARRANTY |
| ☒ | XVI | BREACH OF AN IMPLIED WARRANTY OF MERCHANTABILITY |
| ☐ | XVII | WRONGFUL DEATH |
| ☐ | XVIII | SURVIVAL ACTION |
| ☐ | XIX | LOSS OF CONSORTIUM |

- 7 -

VI.    **ADDITIONAL CAUSES OF ACTION**

---

**NOTE**

If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph 10, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (*see* paragraph 11). In doing so you may attach additional pages to this *Short-Form Complaint*.

---

12.    Plaintiff(s) assert(s) the following additional theories against the Defendants designated in paragraph 6 above:

|  |
|--|
|  |
|  |
|  |
|  |
|  |
|  |
|  |

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants for compensatory, treble, and punitive damages, medical monitoring to diagnose JUUL induced injuries at an earlier date to allow for timely treatment and prevention of exacerbation of injuries, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the Court deems equitable and just, and as set forth in the *Plaintiffs' Consolidated Master Complaint (Personal Injury).*

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

1

## **JURY DEMAND**

2

Plaintiff hereby demands a trial by jury as to all claims in this action.

3

4
                             PULASKI KHERKHER, PLLC

5
                             */s/ Leslie LaMacchia*

6
                             Leslie LaMacchia (TX Bar No. 24048602)
                             *(Admitted Pro hac vice)*

7
                             2925 Richmond Avenue, Suite 1725
                             Houston, Texas 77098

8
                             Tel: 713-664-4555
                             Facsimile: 713-664-7543

9
                             llamacchia@pulaskilawfirm.com

10
                             Counsel for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 9 -

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)